UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY RAJALA,<br><br>    Plaintiff,<br><br>v.<br><br>SONOMA COUNTY GO LOCAL COOPERATIVE, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 15-cv-00442-JST<br><br>**SCHEDULING ORDER** |

On the Court's own motion, the Case Management Conference presently scheduled to occur on September 30, 2015 is continued to December 9, 2015 at 2:00 p.m. An updated Joint Case Management Statement must be filed ten court days beforehand. Plaintiff/ Counterdefendant's Motion to Excuse Lead Counsel's Attendance and Allow Counsel to Appear by Telephone, ECF No. 41, is denied as moot.

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Mediation deadline | 11/10/2015 |
| Fact discovery cut-off | 01/15/2016 |
| Exchange of Expert Reports/Disclosure | 03/04/2016 |
| Exchange of Expert Rebuttal Reports/Disclosure | 04/08/2016 |
| Expert discovery cut-off | 05/13/2016 |
| Deadline to file dispositive motions | 06/10/2016 |

| Event | Deadline |
|---|---|
| Trial Briefs, Motions *In Limine*, Depositions and Discovery Responses, Proposed Voir Dire Questions, Form of Verdict, Joint Pretrial Statement, Exchange Jury Instructions | 08/23/2016 |
| Opposition to Motions *In Limine*, Objections to Deposition Excerpts and Discovery Responses, Counter-Designations, Objections to Voir Dire and Verdict Forms, Jury Instructions | 09/06/2016 |
| Pretrial conference | 09/09/2016 at 2:00 p.m. |
| Trial | 09/26/2016 at 8:30 a.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: September 21, 2015

_____
JON S. TIGAR
United States District Judge