UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLEY RAJALA,

    Plaintiff,

v.

SONOMA COUNTY GO LOCAL COOPERATIVE, INCORPORATED, et al.,

    Defendants.

Case No. 15-cv-00442-JST

**AMENDED SCHEDULING ORDER**[1]

On the Court's own motion, the Case Management Conference presently scheduled to occur on September 30, 2015 is continued to December 9, 2015 at 2:00 p.m. An updated Joint Case Management Statement must be filed ten court days beforehand. Plaintiff/Counterdefendant's Motion to Excuse Lead Counsel's Attendance and Allow Counsel to Appear by Telephone, ECF No. 41, is denied as moot.

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Mediation deadline | 11/10/2015 |
| Deadline to amend the pleadings | 12/11/2015 |
| Fact discovery cut-off | 01/15/2016 |

---

[1] This order amends the Court's original scheduling order, ECF No. 42, solely by setting a deadline for amendment of the pleadings, which the Court's prior order neglected to do. Fed. R. Civ. P. 16(b)(3) (stating that a "scheduling order must limit the time to . . . amend the pleadings"). The purpose of setting a deadline is to require a showing of good cause before any amendment to the pleadings is allowed. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Exchange of Expert Reports/Disclosure | 03/04/2016 |
| Exchange of Expert Rebuttal Reports/Disclosure | 04/08/2016 |
| Expert discovery cut-off | 05/13/2016 |
| Deadline to file dispositive motions | 06/10/2016 |
| Trial Briefs, Motions *In Limine*, Depositions and Discovery Responses, Proposed Voir Dire Questions, Form of Verdict, Joint Pretrial Statement, Exchange Jury Instructions | 08/23/2016 |
| Opposition to Motions *In Limine*, Objections to Deposition Excerpts and Discovery Responses, Counter-Designations, Objections to Voir Dire and Verdict Forms, Jury Instructions | 09/06/2016 |
| Pretrial conference | 09/09/2016 at 2:00 p.m. |
| Trial | 09/26/2016 at 8:30 a.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

/ / /
/ / /
/ / /
/ / /
/ / /

2

1  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
2  to grant a continuance.
3       IT IS SO ORDERED.
4  Dated: December 4, 2015

                      JON S. TIGAR
                     United States District Judge