Craig M. Stainbrook, Calif. State Bar #160876
E-mail: craig@stainbrookllp.com
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Attorneys for Defendants,
Sonoma County Go Local Cooperative,
Incorporated and Sustaining Technologies, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelley Rajala,<br><br>        Plaintiff,<br><br>   vs.<br><br>Sonoma County Go Local Cooperative, Incorporated, Et Al.,<br><br>        Defendants | Case No.: 15-CV-00442-JST<br><br>**JOINT STIPULATION TO EXTEND ADR DEADLINE AND [PROPOSED] ORDER**<br><br>Honorable Jon S. Tigar |
| Sonoma County Go Local Cooperative, Incorporated and Sustaining Technologies, LLC,<br><br>        Counterclaimants,<br>   vs.<br><br>Rajala, Kelley, an individual, and Local Works, Flexible Purpose Corporation, A California Corporation,<br><br>        Counterclaim Defendants. | |

**JOINT STIPULATION AND ORDER TO EXTEND ADR DEADLINE**
Case. No. 15-CV-442-JST

Defendants/Counterclaimants, Sonoma County Go Local Cooperative, Incorporated and Sustaining Technologies, LLC, and Plaintiffs/Counterclaim Defendants, Kelley Rajala and Local Works, Flexible Purpose Corporation, by and through their respective counsel, hereby agree as follows:

1. The current ADR deadline set by the court is April 11, 2016 [Dkt. 63].

2. A pre-ENE phone conference between counsel for all parties and the ENE Evaluator, Daralyn Durie, was held on February 2, 2016.

3. Times available for the parties and the Evaluator prior to the current ADR deadline date were limited, so a tentative ENE hearing date of April 14, 2016 was agreed upon by all parties and the ENE Evaluator.

4. Because the tentative date for the ENE hearing is after the currently scheduled ENE deadline [Dkt 63], subject to the approval of the Court, the parties agree and stipulate to extend the ADR deadline for 30 days, from April 11, 2016, to May 11, 2016.

5. Under the Minutes of a Further CMC [Dkt 56] a joint case management statement is due April 13, 2016. The parties jointly propose a brief extension to allow the parties to complete the ENE and report back to the Court in a joint case management statement to be filed May 16, 2016.

6. No other dates in the current schedule under the Amended Scheduling Order [Dkt 54], including dates for filing dispositive motions, pre-trial briefs and motions, or trial, need be disturbed.

Respectfully Submitted,

Dated:  February 17, 2016          STAINBROOK & STAINBROOK, LLP


By: */s/ Craig M. Stainbrook*

Craig M. Stainbrook
craig@stainbrookllp.com

*Attorneys for Defendants/Counterclaimants*
Sonoma County Go Local Cooperative, Incorporated and Sustaining Technologies, LLC


Dated:  February 17, 2016          ONE LLP


By: */s/ Joanna Ardalan*
_____
Joanna Ardalan
jardalan@onellp.com

*Attorneys for Plaintiff/Counterdefendants*
Kelley Rajala and Local Works, Flexible Purpose Corporation

- 3 -

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the ADR deadline is extended to May 11, 2016.

Dated: February 18, 2016



_____
Hon.
U.S.

- 3 -

**JOINT STIPULATION AND ORDER TO EXTEND ADR DEADLINE**
Case. No. 15-CV-442-JST