Craig M. Stainbrook, Calif. State Bar #160876
E-mail: craig@stainbrookllp.com
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Attorneys for Defendants,
Sonoma County Go Local Cooperative,
Incorporated and Sustaining Technologies, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelley Rajala,<br><br>             Plaintiff,<br><br>   vs.<br><br>Sonoma County Go Local Cooperative, Incorporated, Et Al.,<br><br>             Defendants | **Case No.: 15-CV-00442-JST**<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS [PROPOSED] ORDER**<br><br>**Honorable Jon S. Tigar** |
| Sonoma County Go Local Cooperative, Incorporated and Sustaining Technologies, LLC,<br><br>             Counterclaimants,<br>   vs.<br><br>Rajala, Kelley, an individual, and Local Works, Flexible Purpose Corporation, A California Corporation,<br><br>             Counterclaim Defendants. | |

Defendants/Counterclaimants, Sonoma County Go Local Cooperative, Incorporated and Sustaining Technologies, LLC, and Plaintiffs/Counterclaim Defendants, Kelley Rajala and Local Works, Flexible Purpose Corporation, by and through their respective counsel, jointly request that the Court grant a three-week extension of time by which the parties must file dispositive motions. Should the Court grant this request, the deadline to file dispositive motions would be moved from its current date of June 10, 2016, to July 1, 2016. The grounds for this request are as follows:

1. Pursuant to Court order, the parties engaged in an early neutral evaluation on April 29, 2016, before evaluator Daralyn Durie of Durie Tangri Lemley Roberts & Kent, in San Francisco.

2. The ENE process led to an agreement to settle the dispute, and a term sheet was executed by both parties setting out the material terms of the agreement.

3. The Term Sheet recites that the agreement will be memorialized in a final settlement agreement, and that any disputes regarding the finalization of the agreement will be submitted to Daralyn Durie for resolution via binding arbitration.

4. Since the date of the ENE, the parties, through counsel, have engaged (and continue to engage) in a good faith effort to conclude a final settlement agreement. However, there remain a few provisions over which the parties have yet to agree.

5. Should the parties be unable to finalize the settlement agreement before June 10, 2016, the parties will cooperate in scheduling a binding arbitration with Ms. Durie at a time convenient for all parties and counsel.

6. Accordingly, for the reasons set forth above, the parties agree that in the interests of fairness, in the interests of resolving the matter without further need of court or neutral evaluator intervention, to preserve the parties' respective rights

to file dispositive motions should the need continue to exist, the parties respectfully request that the Court grant a three-week extension of time to file dispositive motions in this case.

7. No other dates in the current schedule under the Amended Scheduling Order [Dkt 54], including dates for filing pre-trial briefs and motions, or trial, need be disturbed.

Respectfully Submitted,

Dated:  May 27, 2016              STAINBROOK & STAINBROOK, LLP

By: */s/ Craig M. Stainbrook*

Craig M. Stainbrook
craig@stainbrookllp.com

*Attorneys for Defendants/Counterclaimants*
Sonoma County Go Local Cooperative, Incorporated and Sustaining Technologies, LLC

Dated:  May 27, 2016              ONE LLP

By: */s/ Joanna Ardalan*

_____
Joanna Ardalan
jardalan@onellp.com

*Attorneys for Plaintiff/Counterdefendants*
Kelley Rajala and Local Works, Flexible Purpose Corporation

- 2 -
**JOINT STIPULATION AND ORDER TO EXTEND ADR DEADLINE**
Case. No. 15-CV-442-JST

# ORDER

PURSUAT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that the deadline for filing dispositive motions is extended to July 1, 2016.

Dated: June 7, 2016



**JOINT STIPULATION AND ORDER TO EXTEND ADR DEADLINE**
Case. No. 15-CV-442-JST