UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLEY RAJALA,

    Plaintiff,

  v.

SONOMA COUNTY GO LOCAL COOPERATIVE, INCORPORATED, et al.,

    Defendants.

Case No. 15-cv-00442-JST

**ORDER DENYING MOTION TO STAY SUMMARY JUDGMENT BRIEFING SCHEDULE**

Re: ECF No. 80

    Before the Court is Plaintiff's Ex Parte Application to Stay Summary Judgment Briefing Schedule, ECF No. 80, which the Court has construed as an administrative motion to stay or, in the alternative, a motion to enlarge time pursuant to Local Rule 7-11, ECF No. 81.

    Because no binding agreement as to all claims has yet been reached, the motion to stay is denied. Plaintiff's deadline to file an Opposition brief will, however, be extended to July 19, 2016, as noted in the Court's previous order. Id. Defendants' deadline to file a Reply brief will likewise be extended to July 28, 2016.

    It remains possible that binding arbitration will be scheduled before Daralyn Durie during the week of August 15, 2016, or that the parties will otherwise resolve their claims. Efficient case management suggests that the hearing on Defendants' Motion for Summary Judgment should therefore be continued until after the arbitration. Accordingly, the Court will continue the hearing on Defendants' Motion for Summary Judgment to coincide with the pre-trial conference on September 9, 2016 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: July 14, 2016

                                                JON S. TIGAR
                                              United States District Judge